## WISE *v.* CONNELL ET AL.

*Liens — Vendor of steam shovel — Furnished to sub-contractor — Head contractor supplying gravel and dirt — Engaged in "construction" of railroad, when — Sections 8343 to 8351, General Code.*

A contractor who is employed to furnish gravel and dirt to a railroad company for the maintenance and repair of its roadbed is engaged in the "construction" of a railroad, within the meaning of Section 8351, General Code, and one who furnishes a steam shovel to a sub-contractor of such contractor is entitled to a lien upon the funds in the hands of the railroad company due to the head contractor, under Sections 8343 to 8351, General Code.

(Decided July 1, 1917.)

ERROR:   Court of Appeals for Hamilton county.

*Mr. Victor Heintz* and *Mr. Geoffrey Goldsmith,* for plaintiff in error.

*Messrs. Herrlinger & Dixon,* for defendants in error.

BY THE COURT.   The question to be determined in this error proceeding is whether or not one who has furnished a steam shovel to a sub-contractor of a head contractor employed to furnish gravel and dirt to a railroad company for the maintenance and repair of its roadbed is entitled to a lien upon the funds in the hands of the railroad company due to the head contractor, under the provisions of Sections 8343 to 8351, inclusive, General Code.

Section 8351 provides:

"The provisions of the next six preceding sections apply to and include any person who furnishes * * * tools or implements * * * on

the order of any  *  *  *  sub-contractor, for their own use, or the use of persons employed by them *  *  *.  while furnishing materials or labor for or in construction of such railroad."

We hold that the furnishing of gravel or dirt in the maintenance and repair of a railroad comes within the meaning of "construction" of a railroad, and that the defendant in error, William L. Connell, who furnished the steam shovel to the subcontractor of the plaintiff in error, is entitled to a lien upon the funds in the hands of the railroad company.

We think this conclusion is fully supported on the authority of *M., K. & T. Ry. Co.* v. *Brown,* 14 Kans., 447; *The A., T. & S. F. Rd. Co.* v. *McConnell et al.,* 25 Kans., 370, and *Bell et al.* v. *Maish, Treas., et al.,* 137 Ind., 226.

The judgment of the court of common pleas is affirmed.

*Judgment affirmed.*

JONES, GORMAN and HAMILTON, JJ., concur.